**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against

(Alias) JOSE EMENEGILDO
MEJIA-VOLQUEZ, A/K/a
MEJIAS GIOVANNI
                    Please PRINT Clearly
```

07 CRIM. 753
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

    1. [ ] CJA     2. [X] RETAINED     3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 11   YR. 83

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Jose Emenegildo Mejia-Volquez
Attorney for Defendant

Nestor Rosado Esq
Firm name if any

55 Overlook Terr
Street address

N.Y.         N.Y.        10033
City         State       Zip

(212) 781-4808
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186