UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :

         v.                                    :

Jose Emenegildo Mejia-Volquez,
    a/k/a, "Mejias Giovanni,"              :         S4 07 Cr. 753 (AKH)

              Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                       _Jose E Mejia Volquez_
                                       Defendant

                                       _[signature]_
                                       Witness

                                       _[signature]_
                                       Counsel for Defendant

Date:  New York, New York
        May 22, 2008



0202